1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD HAMILTON MCKAY, JR.,

11            Petitioner,              No. CIV S-05-2525 LKK PAN P

12      vs.

13   ROSANNE CAMPBELL, et al.,

14            Respondents.            <u>ORDER</u>

15   _____/

16          Petitioner is a state prisoner proceeding pro se with an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges a February 2004 decision of

18   the California Board of Prison Terms (Board) to deny petitioner a parole date.  This matter is

19   before the court on respondent's motion to dismiss.

20          Respondent contends that petitioner has no federally protected liberty interest in

21   parole under California law.  To support that contention, respondent relies on an order of a

22   district judge of this court in <u>Sass v. California Board of Prison Terms</u>, 376 F.Supp.2d 975

23   (E.D.Cal. 2005).  The <u>Sass</u> case is under submission in the United States Court of Appeals for the

24   Ninth Circuit following oral argument on March 16, 2006.  Good cause appearing, respondent's

25   motion will be denied without prejudice to its renewal, as appropriate, not later than thirty days

26   after any decision by the court of appeals in <u>Sass</u>.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent's February 21, 2006 motion to dismiss is denied without prejudice.

2. Within thirty days from the date of a decision by the United States Court of Appeals for the Ninth Circuit in <u>Sass v. California Board of Prison Terms</u>, 376 F.Supp.2d 975 (E.D.Cal. 2005) respondent shall file, as appropriate, either a renewed motion to dismiss or an answer to the petition.

3. If respondent files an answer, respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application, <u>see</u> Rule 5, Rules Governing Section 2254 Cases, and petitioner's traverse, if any, shall be filed and served within thirty days after service of the answer.

4. If respondent files a renewed motion to dismiss, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter.

DATED:  July 25, 2006.

UNITED STATES MAGISTRATE JUDGE

12
mcka2525.mtd