IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD HAMILTON McKAY,

      Petitioner                         No. CIV S-05-2525 LKK EFB P

    vs.

ROSEANNE CAMPBELL, et al.,

      Respondents.                    <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se and *in forma pauperis* with an application for writ of habeas corpus pursuant to 28 U.S.C. 2254.  On September 29, 2006, respondents requested an extension of time to and including December 1, 2006, in which to serve a responsive pleading.  Good cause appearing, respondents' request is granted.

        Accordingly, IT IS HEREBY ORDERED that respondents are granted an extension to and including December 1, 2006, to file and serve a responsive pleading.

DATED:  November 20, 2006.

                                           EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE