IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD HAMILTON MCKAY, JR.,

    Petitioner,                   No. CIV S-05-2525 LKK EFB P

    vs.

ROSANNE CAMPBELL, et al.,

    Respondents.         ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On September 29, 2006, respondents requested an additional sixty days in which to file a response to the petition. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondents' September 29, 2006, request for an extension of time is granted and respondents have twenty days from the date this order is served to file a responsive pleading to the petition.

Dated: November 29, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE